An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIAM H. MITCHELL,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 64004

**FILED**

SEP 1 7 2013



TRAGIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from the district court's denial of a motion to dismiss appellant's post-conviction counsel. Eighth Judicial District Court, Clark County; David B. Barker, Judge.

We lack jurisdiction because no statute or court rule provides for an appeal from the aforementioned decision. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Therefore, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc: Hon. David B. Barker, District Judge
William H. Mitchell
Carl E. G. Arnold
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-27462